NOTICE TO THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
OF MULTICIRCUIT PETITIONS FOR REVIEW

IN RE: Federal Trade Commission,     MCP-
*Negative Option Rule*, RIN 3084-AB60

## NOTICE OF MULTICIRCUIT PETITIONS FOR REVIEW

Pursuant to 28 U.S.C. § 2112(a)(3) and the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Federal Trade Commission hereby notifies the Judicial Panel on Multidistrict Litigation of four petitions for review of the same final agency action. *See Negative Option Rule*, RIN 3084-AB60 (announced on October 16, 2024, and published in the Federal Register on November 15, 2024). The petitions for review were filed in the United States Courts of Appeals for the Fifth, Sixth, Eighth, and Eleventh Circuits on October 22, 2024, and received by the FTC from the petitioners on October 25, 2024. Although the FTC believes that the Rule did not issue within the meaning of § 2112 until it was published in the Federal Register, the Fifth Circuit issued a writ of mandamus on November 19, 2024, concluding that the Rule issued when it was publicly announced by the FTC and directing the agency to notify the Panel of the petitions. *In re Electronic Security Ass'n*, No. 24-60570 (5th Cir. Nov. 19, 2024).

|  |  |
|---|---|
| | Respectfully submitted, |
| November 20, 2024 | ANISHA DASGUPTA<br>    *General Counsel*<br><br>MATTHEW M. HOFFMAN<br>    *Attorney*<br><br>FEDERAL TRADE COMMISSION<br>600 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20580<br>202-326-3097<br>mhoffman@ftc.gov |